JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OMAR LUNA,

Plaintiff,

v.

EAST END LIQUOR, INC.; SANG EUY SUH, as Trustee of the Sang Suh and Young Suh 2006 revocable trust; and DOES 1-10,

Defendants.

Case No. 2:26-cv-08177-WLH-RAO

**ORDER RE JOINT STIPULATION TO DISMISS CASE [21]**

The Court is in receipt of the Parties' Joint Stipulation to Dismiss Case. ("Stipulation," Dkt. No. 21). The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE